lants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

WHITESTONE DYE WORKS, INC., Respondent, v. HENRY E. NOTHMAN, Doing Business under the Trade Name, etc., Defendant, Impleaded with BARNET S. MILMAN, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

JOSEPH J. LYONS, Respondent, v. SAMUEL MILCH, Appellant.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LOUIS B. HASBROUCK, Respondent, v. JOSEPH MOREIDA and Others, Defendants, Impleaded with MAX CARTON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

HELEN MURRAY, Appellant, v. EDWARD J. MURRAY, Respondent.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MOSES H. STRAUS v. JACOB SINGER, as Executor, etc.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MOSES H. STRAUS v. JACOB SINGER, as Executor, etc.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

MATTHEW A. MOOSBRUGGER v. MOSKOVSKY KOUPETSCHESKY BANK, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

C. A. LEITCH MANUFACTURING COMPANY v. THE ROOFTITE CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

LINA HOBERG v. A. SOFRANSCY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed on or before March 18, 1926, and appeal to be argued with appeal from judgment herein. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

FANNIE SCHEAR v. ISAAC HUTKOFF and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

GEORGE SCHEAR v. ISAAC HUTKOFF and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GUARANTY TRUST COMPANY OF NEW YORK (GEORGE PARBURY POLLEN, Deceased).— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before March 29, 1926. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

DOMENICA DHEMBI (Formerly DOMENICA CARAMETA), as Administratrix, etc., v. GEORGE LEVISON and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.